```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07799
   MIGUELITO DOMINGO
   VANNIGA DOMINGO                              CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-4454     SSN XXX-XX-6305
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/04/05 and confirmed on 07/15/05.

   2.  The case was converted to Chapter 7 after confirmation, 02/20/2006.

   3.  The Debtor paid a total of $ 12600.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 13000.00 | 754.06 | 2703.49 |
| FORD MOTOR CREDIT CO | SECURED | 23000.00 | 1334.10 | 4783.10 |
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 3260.94 | .00 | 716.45 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY/HOUSEHOLD RETAI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOAN SERVICING CE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| ED FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| CE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MENARDS | UNSECURED | NOT FILED | .00 | .00 |
| NEXTCARD PAYMENT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |

```
UIC MEDICAL CENTER         UNSECURED      NOT FILED              .00           .00
UIC PHYSICIAN GROUP<       UNSECURED      NOT FILED              .00           .00
I C COLLECTION SERVICE     UNSECURED      NOT FILED              .00           .00
VALUE CITY FURNITURE       UNSECURED      NOT FILED              .00           .00
WELLS FARGO FINANCIAL RE   UNSECURED      NOT FILED              .00           .00
FORD MOTOR CREDIT CO       UNSECURED        7861.19              .00           .00
FORD MOTOR CREDIT CO       UNSECURED        8674.88              .00           .00
          Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  39260.94         .00     16536.07         .00     55797.01
PRINCIPAL PAID       8203.04         .00          .00         .00      8203.04
INTEREST PAID        2088.16         .00          .00         .00      2088.16
TOTAL PAID          10291.20         .00          .00         .00     10291.20
```

The Debtor's attorney, RICHARD E SEXNER            , was allowed $   2200.00
and was paid $    406.00   direct and $   1794.00   through the plan.

The Trustee received $    514.80 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/01/06              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 07799 MIGUELITO DOMINGO & VANNIGA DOMINGO